**United States District Court**
**Central District of California**

**JS-3**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA vs.** | **Docket No.** | EDCR24-00292-JGB-1 |
| **Defendant**  LEAH GROUP, INC | **Tax ID No.**  3 4 3 2 | |
| akas: Inland Empire Recycling; IER; Inland Empire Trading Leae Asset Management(Formerly) | (Last 4 digits) | |

## JUDGMENT AND PROBATION/COMMITMENT ORDER

| | MONTH | DAY | YEAR |
|---|---|---|---|
| In the presence of the attorney for the government, the defendant appeared in person on this date. | Dec | 8 | 2025 |

**COUNSEL**  Edward M. Robinson/Brian A. Robinson
(Name of Counsel)

**PLEA**  [X] GUILTY, and the court being satisfied that there is a factual basis for the plea.   [ ] NOLO CONTENDERE   [ ] NOT GUILTY

**FINDING**  There being a finding/verdict of GUILTY, defendant has been convicted as charged of the offense(s) of:

**Count 1:** 18 U.S.C. § 1343: Wire Fraud

**JUDGMENT AND PROB/ COMM ORDER**  The Court asked whether there was any reason why judgment should not be pronounced. Because no sufficient cause to the contrary was shown, or appeared to the Court, the Court adjudged the defendant guilty as charged and convicted and ordered that: **Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the Court that the defendant, Leae Group, Inc., is hereby placed on probation on Count 1 of the Information for a term of three (3) years under the following terms and conditions**

It is ordered that the defendant shall pay to the United States a special assessment of $400 which is due immediately.

It is ordered that the defendant shall pay restitution in the total amount of $742,612.70 pursuant to 18 U.S.C. § 3663A. Pursuant to 18 U.S.C. § 3612(f)(3)(A), interest on the restitution ordered is waived because the defendant does not have the ability to pay interest. Payments may be subject to penalties for default and delinquency pursuant to 18 U.S.C. § 3612(g).

Restitution shall be paid in full immediately.

The defendant shall be held jointly and severally liable with codefendant, Harrie Cohen, for the amount of restitution ordered in this judgment. The victims' recovery is limited to the amount of their loss and the defendant's liability for restitution ceases if and when the victims receive full restitution.

It is ordered that the defendant shall pay to the United States a total fine of $300,000. The fine shall be paid in full no later than 90 days after the date of this judgment.

The Court has found that the property identified in the preliminary order of forfeiture is subject to forfeiture. The preliminary order is incorporated by reference into this judgment and is final.

| | | | |
|---|---|---|---|
| USA vs. | LEAE GROUP, INC. | Docket No.: | EDCR24-00292-JGB-1 |

Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the Court that the defendant, Leae Group, Inc., is hereby placed on probation on Count 1 of the Information for a term of three (3) years under the following terms and conditions:

1. During the period of probation, the defendant organization shall pay the special assessment, fine and restitution in accordance with this judgment's orders pertaining to such payment.

2. The defendant organization shall not commit another federal, state, or local crime.

3. The defendant organization shall provide the Probation Officer access to any requested financial information.

4. Within 30 days from the date of this judgment, the defendant organization shall designate an official of the organization to act as the organization's representative and to be the primary contact with the Probation Officer.

5. The defendant organization shall answer truthfully all inquiries by the Probation Officer and follow the instructions of the Probation Officer.

6. The defendant organization shall notify the Probation Officer ten days prior to any change in the principal business or mailing address or within 72 hours if advance notice is not possible.

7. The defendant organization shall report to the Probation Officer as directed and shall submit a truthful and complete written report within the first five days of each month.

8. The defendant organization shall permit a Probation Officer to visit the organization at any of its operating business sites.

9. The defendant organization shall be required to notify the Court or Probation Officer immediately upon learning of (1) any material adverse change in its business or financial condition or prospects, or (2) the commencement of any bankruptcy proceeding, major civil litigation, criminal prosecution, or administrative proceeding against the organization, or any investigation or formal inquiry by government authorities regarding the organization.

10. The defendant organization shall notify the Probation Officer immediately of any intent to sell the organization, change the name of the organization, merge with another business entity, or otherwise dissolve and/or modify, in any form or manner, the organizational structure from its present status.

11. The defendant organization shall apply all monies received from income tax refunds to the outstanding Court-ordered financial obligation. In addition, the defendant shall apply all monies received from lottery winnings, inheritance, judgments and any anticipated or unexpected financial gains to the outstanding Court-ordered financial obligation.

//
//
//

| USA vs. | LEAE GROUP, INC. | Docket No.: | EDCR24-00292-JGB-1 |
|---|---|---|---|

12. The defendant organization shall provide the Probation Officer with access to any and all business records, client lists and other records pertaining to the operation of Leae Group, Inc., as directed by the Probation Officer.

Defendant was informed of his right to appeal.

December 11, 2025
Date

Jesus G. Bernal, U. S. District Judge

It is ordered that the Clerk deliver a copy of this Judgment and Probation/Commitment Order to the U.S. Marshal or other qualified officer.

Clerk, U.S. District Court

December 11, 2025
Filed Date

By

Maynor Galvez, Deputy Clerk

| | |
|---|---|
| USA vs. LEAE GROUP, INC. | Docket No.: EDCR24-00292-JGB-1 |

## RETURN

I have executed the within Judgment and Commitment as follows:

Defendant delivered on _____ to _____

Defendant noted on appeal on _____

Defendant released on _____

Mandate issued on _____

Defendant's appeal determined on _____

Defendant delivered on _____ to _____

at _____ the institution designated by the Bureau of Prisons, with a certified copy of the within Judgment and Commitment.

United States Marshal

_____  By _____
Date                     Deputy Marshal

## CERTIFICATE

I hereby attest and certify this date that the foregoing document is a full, true and correct copy of the original on file in my office, and in my legal custody.

Clerk, U.S. District Court

_____  By _____
Filed Date                Deputy Clerk

---

## FOR U.S. PROBATION OFFICE USE ONLY

Upon a finding of violation of probation or supervised release, I understand that the court may (1) revoke supervision, (2) extend the term of supervision, and/or (3) modify the conditions of supervision.

These conditions have been read to me. I fully understand the conditions and have been provided a copy of them.

(Signed) _____                         _____
         Defendant                                 Date

_____                                   _____
U. S. Probation Officer/Designated Witness         Date